# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SARAH LEMING,

      Plaintiff,              :        Case No. 3:07-cv-082

                                      District Judge Thomas M. Rose
   -vs-                               Chief Magistrate Judge Michael R. Merz

                                 :

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON FEE AWARD

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 10, 2008, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that Plaintiff be awarded attorney fees under the EAJA in the amount of $1,800.00.

June 16, 2008.                                             **THOMAS M. ROSE**

                                                         _____
                                                             Thomas M. Rose
                                                       United States District Judge